1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    2:11-CR-00488 JAM
                                   )
12              Plaintiff,         )    PRELIMINARY ORDER OF
                                   )    FORFEITURE
13         v.                      )
                                   )
14  JEFF HOFOSAUNI TATUPU          )
                                   )
15              Defendant.         )
    ───────────────────────────────)
16

17       Based upon the stipulation for preliminary order of

18  forfeiture entered into between plaintiff United States of

19  America and defendant Jeff Hofosauni Tatupu, it is hereby

20  ORDERED, ADJUDGED AND DECREED as follows:

21       1.   Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §

22  2461(c), defendant Jeff Hofosauni Tatupu's interest in the

23  following property shall be condemned and forfeited to the United

24  States of America, to be disposed of according to law:

25            Grendel P-10, .38 caliber pistol, serial number 03019.

26       2.   The above-listed property is a firearm that was involved

27  or used in the knowing commission of a violation of 18 U.S.C. §

28  922(g)(1).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, in its secure custody and control.

4.  a.  28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final

///

///

1 Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28

2 U.S.C. § 2461(c), in which all interests will be addressed.

3      SO ORDERED this 7th day of February, 2012.

4

5                   /s/ John A. Mendez

                  JOHN A. MENDEZ

6                   United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Preliminary Order of Forfeiture