```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF HOFOSAUNI TATUPU,<br><br>　　　　Defendant. | No. 2:11-CR-00488-JAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on February 8, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) based upon the plea agreement entered into between plaintiff and defendant Jeff Hofosauni Tatupu forfeiting to the United States the following property:

　　　　a)　Grendel P-10, .38 caliber pistol, serial number 03019.

AND WHEREAS, beginning on February 14, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days

| | |
|---|---|
| 1 | from the first day of publication of the notice for a hearing to |
| 2 | adjudicate the validity of their alleged legal interest in the |
| 3 | forfeited property; |
| 4 | AND WHEREAS, the United States attempted direct written notice |
| 5 | or sent direct written notice by certified mail to Andrew Ivy; |
| 6 | AND WHEREAS, the Court has been advised that no third party has |
| 7 | filed a claim to the subject property, and the time for any person |
| 8 | or entity to file a claim has expired. |
| 9 | Accordingly, it is hereby ORDERED and ADJUDGED: |
| 10 | 1. A Final Order of Forfeiture shall be entered forfeiting to |
| 11 | the United States of America all right, title, and interest in the |
| 12 | above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 |
| 13 | U.S.C. § 2461(c), to be disposed of according to law, including all |
| 14 | right, title, and interest of Jeff Hofosauni Tatupu. |
| 15 | 2. All right, title, and interest in the above-listed property |
| 16 | shall vest solely in the name of the United States of America. |
| 17 | 3. The Bureau of Alcohol, Tobacco, Firearms and Explosives |
| 18 | shall maintain custody of and control over the subject property |
| 19 | until it is disposed of according to law. |
| 20 | SO ORDERED this 7th day of May, 2012. |

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge